FILED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Jacksonville Division

2021 MAY 25   12:12

Kent Allen Jr.
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Ramon Laguarta
Michael Finley
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:21-cv-546-TJC-MCR
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kent Allen Jr.
Street Address: 8201 SW 3rd CT
City and County: North Lauderdale
State and Zip Code: FL 33068
Telephone Number: 404.721.9050
E-mail Address: nerdsfinancial@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Ramon Laguarta
- Job or Title (if known): CEO of Aquafina
- Street Address: 700 Anderson Hill Rd
- City and County: Purchase
- State and Zip Code: New York 10577
- Telephone Number: 1.800.433.2652
- E-mail Address (if known):

Defendant No. 2
- Name: Michael Finley
- Job or Title (if known): Coaching Staff
- Street Address: 1333 N Stemmons Fwy #105
- City and County: Dallas
- State and Zip Code: TX 75207
- Telephone Number: 214.747.6287
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question         ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Kent Allen Jr., is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Michael Finley, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Ramon Laguarta (Aquafina), is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* New York.

Or is incorporated under the laws of *(foreign nation)* —,

and has its principal place of business in *(name)* New York.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

With the idea of Aquafina that I expressed to Michael Finley at the age of 11 in the year 1996 I'm looking for the relief of $95 million for the idea I expressed to him.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attachment →
The idea was for a water product

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

With the idea of Aquafina that I expressed to Michael Finley at the age of 11 in the year of 1996 I'm looking for the relief of $95 million for the idea I expressed to him

AQUAFINA

By the age of 11, my mother moved me to the rural area of Georgia. I had the opportunity to talk with Michael Finley which is star basketball player. He asked me for a name to start a business. Our conversation was nice and I told him give me time to think of something. Since, I never seen him in person I figured I would think of a name either surrounded around sports, or some form of a drink. Doing those days there wasn't many water products available in stores. Since his last name is Finley I figured water would be a good product since it had the fin part to it. Since I was thinking of water I thought using the word aqua would be good since it means water. At this point, I thought of the perfect name for him and immediately called him back. The name I thought of was Aquafina which aqua means water and also displayed his last name. He was very pleased with the name and told me good job kid. This was special to me because I played basketball and he was already a NBA star basketball player. Additionally, I explained the marketing strategy for him which was to use sky blue writing and also a clear bottle for people to actually see the water inside. This will draw people eye symmetry as an individual is thirsty for water.

Severed loss of memory——due to severing multiple concussion from playing football so I ended up having to play basketball as a kid, focusing on college, and working two jobs right after high school, also formed another whole set of friends. Since meeting many of them when we were kids throughout the years my memory became very faded. Partly, due to my mother moving me to different locations growing up. Once, I got older doing high school my mother become very ill so I had to work to help with bills. After high school her status was the same so I had to work two jobs at times. Later, on at the age of 30 my mother passed away which if I was compensated from my ideas I would have covered her medical cost.  Around the age of 26, I started attending college and was able to finish with a bachelor in business and also a MBA degree. I graduated with a 3.5 gpa. I did severe from a loss of memory due to multiple concussion from playing football so I ended up having to play basketball as a kid, focusing on college, and working two jobs right after high school, also formed another whole set of friends my memory of certain things in my childhood was forgotten which is when I made contact with these people.


I don't look for anyone to face any form of incarnation due to these different incidents. I only look to be compensated and also given credit for my ideas. Each artist is still special to me and unique in their own way. Also just looking to have my personal life back as these individuals have businesses in the different areas I stayed and also visited.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-21-21

Signature of Plaintiff
Printed Name of Plaintiff    Kent Allen Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address